**In re VON HOFFMAN.**
No. 7596.

Circuit Court of Appeals, Third Circuit.
Jan. 10, 1941.

See also 109 F.2d 291, and 109 F.2d 293.

David Goldstein, of Asbury Park, N. J., for appellant.

Matlack & Lautman, of Asbury Park, N. J. (Samuel K. Abrahams, of New York City, of counsel), for appellee.

Before BIGGS, CLARK, and JONES, Circuit Judges.

PER CURIAM.

The appeal of the Trustee in the above entitled cause is dismissed upon the ground that it is premature.